DOUGLAS M. NEISTAT, ESQ. (State Bar No. 055961)
dneistat@gblawllp.com
JEREMY H. ROTHSTEIN, ESQ. (State Bar No. 316140)
jrothstein@gblawllp.com
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel:  (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Debtor and Debtor-in-Possession
Crown Jewel Properties, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:21-bk-17872-NB |
| CROWN JEWEL PROPERTIES, LLC, | (Chapter 11) |
| Debtor and Debtor-in-Possession. | **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY CUSHMAN & WAKEFIELD OF CALIFORNIA, INC. AS BROKERS FOR DEBTOR AND DEBTOR IN POSSESSION NUNC PRO TUNC AS OF NOVEMBER 1, 2021** |
| | [No Hearing Required] |

TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES ENTITLED TO RECEIVE NOTICE:

**NOTICE IS HEREBY GIVEN** that the Debtor has filed an Application for Employment of Cushman & Wakefield of California, Inc. ("C&W") as Debtor's brokers with the employment to be effective as of November 1, 2021.

By this Application, Debtor seeks authority to employ C&W to assist the Debtor in obtaining financing regarding Debtor's only asset, which is a vacant 12.5 acre contiguous site (the "Property").

**NOTICE IS FURTHER GIVEN**, that based on the terms of the letter agreement, Debtor has agreed to pay an advisory fee in an amount equal to two percent (2%) of the amount of an accepted

1

1 Financial Offer (the "Advisory Fee"). The Advisory Fee would be payable to C&W immediate upon the actual closing of the subject financing. Should a closing Financing not occur, no Advisory Fee will be due, unless the failure to close is attributable to the Debtor.

The Debtor believes that the appointment of C&W in this case will be beneficial to the Estate. C&W's services and expertise will greatly assist the Debtor obtaining financing and that it is necessary to employ the C&W to do this. The Debtor believes that it is in the best interests of this Estate and its economical administration that C&W be authorized to act on behalf of the Estate to solicit offers for financing ("Financing Offers").

**NOTICE IS FURTHER GIVEN** that C&W does not hold or represent any interests adverse to the Debtor. C&W is disinterested within the meaning of 11 U.S.C. § 101(14), and the employment of C&W is in the best interests of the Debtor. Approval of this compensation is being concurrently requested by the Application pursuant to 11 U.S.C. § 328.

Neither the Debtor nor C&W has any connection to any creditors in this case, any other party in interest, their respective attorneys and/or accountants, the United States trustee, or any person employed in the office of the United States trustee.

**NOTICE IS FURTHER GIVEN** that C&W will comply with the requirements of Section 330 of the Bankruptcy Code regarding compensation.

**NOTICE IS FURTHER GIVEN** that a copy of the application may be obtained from proposed counsel for the Debtor whose name, address, telephone number, fax number and e-mail address are located in the upper left-hand corner of this Notice.

**NOTICE IS FURTHER GIVEN** that in accordance with Local Bankruptcy Rule 2014-1(b)(3)(E), any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f), must be filed with the Clerk of the Court of the above-entitled Court and served on the Applicant, his counsel, and the United States trustee, no later than fourteen (14) days from the date of service of this Notice, plus three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Debtor will set a hearing date and send out notice if any such response is timely received.

1    **NOTICE IS FURTHER GIVEN** that pursuant to LBR 9013-1(b)(4), no hearing will be held
2    if no response and request for hearing is received.  If you do not file a written objection in conformity
3    with applicable procedure and rules, the Application may be granted without a hearing and without
4    further notice to you.

5    Dated:  January 10, 2022                             G&B LAW, LLP,

7                                                                              By:_____
                                                                                    JEREMY H. ROTHSTEIN
8                                                                                   Attorneys for Debtor and Debtor-in-Possession
                                                                                    Crown Jewel Properties, LLC



3

2159411.2 - 32278.0003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 16000 Ventura Blvd., Ste. 1000, Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify):  **NOTICE OF APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY CUSHMAN & WAKEFIELD OF CALIFORNIA, INC. AS BROKERS FOR DEBTOR AND DEBTOR IN POSSESSION NUNC PRO TUNC AS OF NOVEMBER 1, 2021** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 10, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Dare Law**     dare.law@usdoj.gov, ron.maroko@usdoj.gov
- **Douglas M Neistat**     dneistat@gblawllp.com, mramos@gblawllp.com;tkrant@gblawllp.com
- **J. Alexandra Rhim**     arhim@hrhlaw.com
- **Jeremy H Rothstein**     jrothstein@gblawllp.com, nknadjian@gblawllp.com;msingleman@gblawllp.com
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On January 10, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 10, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2022 | Marleigh Singleman | _/s/ Marleigh Singleman_ |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**
2134414.1 - 32278.0003

## SERVICE LIST

**Debtor**
Crown Jewel Properties, LLC
1860 Obispo Avenue, Suite F
Signal Hill, CA 90755

**Office of the U.S. Trustee**
United States Trustee
Attn: Dare Law
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
*via ECF*

**Co-Debtor**
Golo, LLC
1860 Obispo Avenue, Suite F
Signal Hill, CA 90755

### SECURED CREDITORS

Paradise Wire & Cable
1819 E. Morten Ave., Suite 180
Phoenix, AZ 85020

San Diego County Treasurer – Tax Collector
P.O. Box 129009
San Diego, CA 92112

SMS Financial, LLC
6829 North 12th Street
Phoenix, AZ 85014

San Diego County Treasurer – Tax Collector
1600 Pacific Highway, Room 162
Attn: BK Desk
San Diego, CA 92101

SMS Investments VI, LLC
c/o Robert L. Stewart, Jr., Esq.
3707 East Shea Blvd., Suite 100
Phoenix, AZ 85028

### 20 LARGEST UNSECURED CREDITORS

None

### GENERAL UNSECURED CREDITORS

Jenna Development
1860 Obispo Avenue, Suite F
Signal Hill, CA 90755

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
2134414.1 - 32278.0003

**NOTICE PURPOSES ONLY**

J. Alexandra Rhim, Esq.  
Hemar, Rousso & Heald, LLP  
15910 Ventura Blvd., 12th Floor  
Encino, CA 91436  
*via ECF*

S.B.S Trust Deed Network  
Attn: Colleen Irby  
31194 La Baya Drive, Suite 106  
Westlake Village, CA 91362

Franchise Tax Board  
Attn: Bankruptcy  
P.O. Box 2952  
Sacramento, CA 95812-2952

Internal Revenue Service  
Centralized Insolvency Operations  
P.O. Box 7346  
Philadelphia, PA 19101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
2134414.1 - 32278.0003